GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: Frank.Galati@usdoj.gov
Attorneys for Plaintiff

FILED ____  LODGED ____
RECEIVED ____  COPY ____

DEC 0 9 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-21-08140-PCT-DJH |
|---|---|---|
| Plaintiff, | | **I N F O R M A T I O N** |
| vs. | | **VIO:** 52 U.S.C. § 10307(e) (Voting More Than Once) Count 1 |
| Marcia Johnson, | | |
| Defendant. | | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**BACKGROUND**

1. MARCIA JOHNSON was a resident of Lake Havasu City, Arizona.

2. Kenneth Johnson of Lake Havasu City, Arizona, was the father of defendant MARCIA JOHNSON.

3. Kenneth Johnson died on April 6, 2012.

4. Nonetheless, Mohave County Recorder's Office received and tabulated ballots in Kenneth Johnson's name after the date of his death for the following elections:

    (1) Primary Election on August 28, 2012

    (2) General Election on November 6, 2012

    (3) Presidential Preference Election on March 22, 2016

    (4) Special Election on May 17, 2016

(5) Primary Election on August 30, 2016

(6) General Election on November 8, 2016

(7) Primary Election on August 28, 2018

(8) General Election on November 6, 2018

5. The Mohave County Recorder's Office mailed all ballots for the above-listed elections to Kenneth Johnson at his Lake Havasu City post office box. MARCIA JOHNSON kept the box as her own after Kenneth Johnson's death.

6. Mohave County Recorder's Office received and tabulated ballots in MARCIA JOHNSON's name for each of the above-listed elections.

7. In approximately May 2020, the Mohave County Recorder issued a "90 Day Notice" letter to Kenneth Johnson and mailed it to the post office box. The letter was returned to the Recorder's Office and was completed and signed "Kenneth Johnson."

**COUNT ONE**

8. Paragraphs 1 through 7 are incorporated herein and re-alleged.

9. The ballot for the general election held on November 6, 2018 contained candidates for the offices of Member of the United States Senate and Member of the United States House of Representatives.

10. On or about November 6, 2018, in the District of Arizona, MARCIA JOHNSON knowingly and willfully voted more than once in the general election held solely or in part for the purpose of selecting and electing any candidate for the office of Member of the United States House of Representatives and Member of the United States Senate. MARCIA JOHNSON did so for the express purpose of having her vote count more than once by casting both her own ballot and that of Kenneth Johnson who died in 2012.

//

//

//

//

//

All in violation of Title 52, United States Code, Section 10307(e).

Dated this 8th day of October, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

FRANK GALATI
Digitally signed by FRANK
GALATI
Date: 2021.10.08 14:29:41 -07'00

FRANK T. GALATI
Assistant U.S. Attorney